**E. KENT WINWARD #5562**
**ABRAHAM SMOOT #12666**
**Attorney for Debtor(s)**
**4850 Harrison Blvd, Suite 1**
**Ogden UT 84403**
**Telephone:  (801) 392-8200**
**Facsimile:  (801) 392-2724**
**utahbankruptcyfirm@gmail.com**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### District Of Utah

| IN RE: | |
| --- | --- |
| Jennifer  Atkinson | Case No. 17-20039 |
|  | Chapter 13 |
| Debtor. | Judge Joel T. Marker |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that the debtor's new address is:

Jennifer  Atkinson
363 West 4775 South
Washington Terrace, UT 84405

                     _/s/E, Kent Winward_____
                     E. Kent Winward
                     Counsel for Debtor

### CERTIFICATE OF DELIVERY

    I hereby certify that a true and correct copy of the above and foregoing was electronically delivered to the Trustee in the above captioned case and the U.S. Trustee.

                     __/s/_____
                     Legal Assistant