**E. KENT WINWARD #5562**
**ABRAHAM SMOOT #12666**
Attorney for Debtor(s)
2550 Washington Blvd. Suite 201
Ogden, Utah 84401
Telephone:   (801) 392-8200
Facsimile:    (801) 392-2724
thebankruptcyfirm@yahoo.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| In the Matter of: | Case No. 17-20039 |
|---|---|
| Jennifer Atkinson, | Chapter 13 |
|  | **Judge Joel T. Marker** |
| Debtor(s) |  |

**APPLICATION FOR ALLOWANCE OF COMPENSATION**

Applicant, E. Kent Winward, respectfully applies for an allowance of compensation as set forth in Exhibit "A" attached hereto. In support of this application, Applicant represents as follows:

1. E. Kent Winward is the attorney of record for the above referenced Debtor, and is an attorney in good standing and duly authorized to practice law in the Courts of the State of Utah and before this Court. Abraham O. Smoot VII is also an attorney employed with the law firm representing the Debtor and is an attorney in good standing and duly authorized to practice law in the Courts of the State of Utah and before this Court.

2. This Application for Allowance of Compensation is submitted pursuant to 11 U.S.C. §§ 330(a), 503(b)(2), 507(a)(1), 1326 and Bankruptcy Rule 2016)(a).

3. No agreement has been made, directly or indirectly, for a division of compensation between Applicants and any other entity. The source of

    compensation paid or to be paid is the Debtor, which compensation shall be paid by the Chapter 13 Trustee as a priority administrative claim upon approval by this Court.

4.     Exhibit "A", which is attached, sets forth a statement of services rendered, time expended, expenses incurred and amounts requested in connection with the above referenced case.

5.     All professional legal services rendered or to be rendered for which compensation is requested were actually or will actually be performed by the Applicant or legal assistants employed by Applicant for and on behalf of the Debtors. Applicant nor legal assistants employed by Applicant are disinterested with respect to the above referenced case and do not hold any interest adverse to the Debtor or the Estate. Any legal assistants included on this fee application have over nine years of experience working in bankruptcy related fields.

6.     The compensation sought is reasonable for ordinary and necessary services rendered and the value is comparable to like services rendered by other attorneys or law firms in like matters.

WHEREFORE, Applicant requests this Court to allow the compensation prayed in this Application as a priority administrative claim, and for such other and further relief as the Court may deem just and proper.

    DATED: August 27, 2018

                                                      _____/s/_____
                                                      E. Kent Winward
                                                     Attorney for Debtors

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served electronically via CM/ECF to the parties listed below:

Chapter 13 Trustee

The undersigned hereby certifies that a true and correct copy of the above and foregoing was addressed to the following parties and deposited in the U.S. Mail, first class, postage prepaid:

Jennifer Atkinson
363 West 4775 South
Washington Terrace, UT 84405

DATED:   August 27, 2018

_____/s/_____
E. Kent Winward
Attorney for Debtors

**EXHIBIT "A"**

| DATE | SERVICES RENDERED | HOURS | Staff |
|---|---|---|---|
| Upon Receipt of Motion to Dismiss | Text to Client/Review Motion to Dismiss | 0.1<br>0.1 | WKO<br>EKW |
| Five days prior to Filing Objection | Texts with Client | 0.2 | WKO |
| August 27, 2018 | Prepare/File Objection/Track Deadlines | 0.1<br>0.2<br>0.3 | AOS<br>EKW<br>WKO |
| September 13, 2018 | Review Objection and Deadlines/Prepare order | 0.3 | AOS |
| | Total Hours – Full Rate | 1.3 Hours | |

**SUMMARY**

**COMPENSATION**

| | | |
|---|---|---|
| Attorney Time: | 0.3   hours @ $300.00 per hour | **$90.00** |
| Staff Time**:** | **0.6**  hours @ $90.00 per hour | **$56.00** |
| Attorney Time: | 0.4 hours @ $200.00 per hour | $80.00 |

**TOTAL FEES AND COSTS:**            $226.00

**Reduced to $199.00 per agreement with the client**