Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CASE: 17-20039 |
| JENNIFER ATKINSON | CHAPTER 13<br>Hon. JOEL T. MARKER |
| **Debtor** | Hearing: 09/26/2018 |

**TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO MOTION TO DISMISS AND FOR ATTORNEY FEES**

　　Lon A. Jenkins, Chapter 13 Trustee, by and through counsel, hereby responds to the above-referenced Motion as follows:

　　1. As of the date of this response, the Debtor is delinquent in the amount of $300.00.

　　2.  The Trustee objects to the denial of his Motion to Dismiss unless the Debtor is current in plan payments or has converted her case, no later than September 19, 2018.

　　3. Although the Trustee has no objection to the content or amount in the Application filed, the case is rendered unfeasible if the delinquency is cured and $199.00 in attorney's fees is awarded.  Plan Payments must increase from $75.00 to $79.00, commencing September 2018, to resolve feasibility.

    WHEREFORE, the Trustee objects to entry of an Order granting the relief requested in the Motion.

Dated: August 30, 2018                        /s/ Katherine T. Kang
                                                   Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

   A true and correct copy of the foregoing Trustee's Response was served on the following parties on August 30, 2018:

E. KENT WINWARD, ECF Notification

                                                   /s/ Helen Doherty