Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CASE: 17-20039 |
| JENNIFER ATKINSON | CHAPTER 13 |
| | Hon. JOEL T. MARKER |
| Debtor | Hearing: 01/23/2019 |

### TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO DISMISSAL AND FOR ATTORNEY FEES

The Chapter 13 Trustee, by and through counsel, hereby responds to the above-referenced Motion as follows:

1. Trustee objects to the denial of his Motion to Dismiss unless the Debtors are current in plan payments no later than January 23, 2019.  As of December 27, 2018, the delinquency is $300.00.

2. Trustee requests language to be included in the order that if the Debtor(s) fail to cure any portion of the delinquent payments, the Trustee may file a Declaration of Non-Compliance and this case will be dismissed without further notice or hearing.

3. Even if the delinquency is cured, award of attorney's fees of $199, it **will render the plan not feasible**. For the plan to remain feasible, the plan payment must increase to $85 beginning January 25, 2019.

4. Based on payment history, Trustee requests probationary language that if any future payment is more than 21 days delinquent, the case shall be dismissed without further notice or hearing upon application by the Chapter 13 Trustee.

Dated: December 27, 2018                LAJ /S/
                                        LON A. JENKINS
                                        CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on December 27, 2018:

E. KENT WINWARD, ECF Notification

/s/ Michelle Moses

**EXHIBIT "A"**
**Trustee's Accounting of Receipts as of December 27, 2018 for Case No. 17-20039**

| Date | Payment Type | | Amount | Date | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 2/6/17 | DEBTOR PAYMENT | | $60.00 | | | |
| 3/28/17 | DEBTOR PAYMENT | | $60.00 | | | |
| 5/31/17 | DEBTOR PAYMENT | | $150.00 | | | |
| 6/27/17 | DEBTOR PAYMENT | | $75.00 | | | |
| 10/2/17 | TFS - Delinquency C | | $225.00 | | | |
| 12/8/17 | TFS - Monthly Plan | | $845.00 | | | |
| 12/13/17 | TFS - Monthly Plan | 88037 | ($845.00) | | | |
| 12/13/17 | TFS - Tax Refund | 88037 | $845.00 | | | |
| 2/8/18 | TFS - MoneyGram | | $300.00 | | | |
| 4/10/18 | TFS - Monthly Plan | | $75.00 | | | |
| 5/22/18 | TFS - Delinquency C | | $150.00 | | | |
| 9/4/18 | TFS - Monthly Plan | | $300.00 | | | |